UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE ANDINO,<br><br>        Plaintiff,<br><br>v.<br><br>SEABRA SUPERMARKETS, INC., aka A & J SEABRA SUPERMARKET, INC., aka SEABRA FOODS, LLC, JOHN DOE CORPORATIONS 1 THROUGH 10, AND OTHER JOHN DOE ENTITIES 1 THROUGH 10, all whose true names are unknown, JOSE SEABRA, ANTONIO SEABRA, and ALBANO SEABRA Individually, AND JOHN AND JANE DOES 1 THROUGH 10, individually, all of whose true names are unknown,<br><br>        Defendants. | Civil Action No. 2:18-cv-04266 (SDW) (LDW)<br><br>[~~PROPOSED~~] ORDER ADMINISTRATIVELY TERMINATING ACTION<br><br>*Filed Electronically* |

It having been reported to the Court that the above-captioned action has been settled, IT IS on this 23rd day of October, 2018,

**ORDERED** that this action and any pending motions are hereby DISMISSED without cost and without prejudice only to the right, upon motion and good cause shown, within 60 days, to reopen this action if the settlement is not consummated.

                                                        HON. SUSAN D. WIGENTON, U.S.D.J.